IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LARRY ASHBURN,** | ) |
| | ) |
| v. | ) Case No. 2:15-0055 |
| | ) |
| **CAROLYN W. COLVIN,** | ) Judge Sharp |
|     Acting Commissioner of Social | ) |
|     Security. | ) |
| | ) |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 20), recommending that Plaintiff's Motion for Attorneys' Fees be granted. Neither party has filed any objections to the Magistrate Judge's R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 23) is hereby ACCEPTED and APPROVED;

(2) Defendant is hereby ordered to pay Plaintiff the amount of $4,800.00 less any offset amounts owed to the United States.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE